I The Court of Appeals In Austin Texas. 55,249-02

55,249-02

Eric RAY Price

V

The State.

In The 220th Judicial District of Hamilton Texas.

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 30 2015

Abel Acosta, Clerk

This is Eric Price comeing now As A Pro Se Layman At Law The Plaintiff in this very much needed info. Plaintif move this court for A Production An order persuant To Rule 37(a) of the Federal Rules of Civil Proceedure compelling These Defeudants Rick Berry, Justin Sloan, And the DA. of the 220th Court To Present All of the documents That I have deligently reguested. Check the Exhibits I need these documents which Are Brady mattexial. It has been over 20 days And I need All of these. The Sheriffs Department video of it's front Parking Lott, The TAhoes Cam Corder Located in the TAhoe And Rick Berrys, Kenneath Lovells And Caraways Cam Corders, And the wranglers video At the gas pumps. I have a Letter from the sheriffs Department and one From The Honorable PHill Robertson, witch I will not send I Am incarcerated and do not have Any other copies. But the Letters Are different I Am deligently reguesting these documents So I may do A good Jod on my 11.07 And they Are very much needed. Under Rule 34 I have the Legal right To this documentations. Thank you   Eric R Price

cause No CR 07808
on APPeel No# 10-13-00168-CR
on PDR No# 0383-14

Eric Ray Price
v
Texas.

        Motion Requesting the Full Disclosure
of All Documents. Pertained by the District clerk
Leoma Larance, or by Any employee of the
Hamilton county sheriffs Department, And
Hamilton General Hospital.

---

on 6-6-14 I Eric R. Price come now As A
Pro se Litigant, A Layman of the Law!
A defendant that was accussed of a crime
that I did not committ and I Am deligendly
requesting the Assistance of the court Appointed
APPeal Attourney Alan Bennett of the sheehy Lovelace
and mayfield Law firm, And kirkland Fulk the court
Appointed trial Attorney, The Jailhouse Adminnistator
Alan Armstrong, And the District clerk of Hamilton county
Texas, Leoma Larance, with A letter Returned From
the Presiding Judge Phill Robertson, stateing that he
Forwarded this request to the D.A. BJ shepheard and
The APPeal Attorney Alan Bennett.
This Legal information Pertains to my Legal case
that was on trial 4-10-13-, when the original Date
and documented date was 4-8-13, The DA, The Judge
the Jury, the Accusser showed up, And the DA Played A
CD recording to the Accusser illegally, with the Defense

Attorney Kirkland Fulk Present. This Alone is 6-6-14 enough to overturn any conviction, this is a A illegal Act and in violation of our 14th Amendment to the united states constitution! I was not told of these CD's, until After trial, After they were used, and by Teresa young, And now I will allso Point out that I have requested you mr Bennett to contact Teresa young at 254-386-3684 several times, you Just keep Avoiding any duty to investigate. Teresa said that I am not guilty, Teresa does not call me her Boyfriend, {Never has} she calls me her Husband or her ole man! Fact, Teresa young gave a name in open court And that name is Bobby Chasteen!

I Allso wrote to Justin sloan, Hamilton county sheriffs office Detective, who spoke to Teresa young and did type up a statement and had Teresa young sign it, I saw it. And This same Justin sloan Detective talked to me, And was Allso allowed to be the bailiff and was allowed in the deliberation room during deliberation, And who sent the questions from the Jury to the Judge, and the Judge concealed Part of the Answer! I want that statement that Teresa signed That Justin sloan Took. I Allso requested that Ricky Berry, A Hamilton county Deputy to give me the statement that I saw, and I saw Erica give this Exculpatory statement to Ricky Berry, to be given to me! It Pertains to my case and Proves of my innocents.

I have Allso requested that you get the medical records, it Proves of other statement, other occussation and more that the DA Knowes is illegal and the DA's should not have insisted on Presenting this illegal document that I never saw. I could not even talk to my trial Attorney, He Kirkland Fulk got up and whent and satt at the DA's table, his friend of 20 years, with the Excuse that he could not hear, so get the video tape and the recording of this trial. It is most definetley needed. I could not hear neither than it is a misstrial. The Accusser said that I Am not quilty! I Am the only one who had alibi witnesses, and Prove that I Am not quilty. Their were no witnesses for the accussed, There is no crime scene, and no Proof of a crime scene. There is no one at all with any First hand Knowledge. The statement that the LVN Took is illegal, and was illegally used. Enhancement (is) illegal.

I want the Exact name of these Pills that were in the Possesion of the Accusser at the Hospital, I want Pictures of this white Baggy of white Pills, their these effects that they may make on a person, And I want the urine and Drug test Results that were tacken upon reliese the Hospital that must be tacken before the release Every single thing that the DA said was Proved A Lie! Dr Johnson was not the Primary care Dr At the time of Teresa youngs Arrival, Nor was he the First subpeonad Dr. Dr Robbye Lengefeld was, And LVN Lacie Fox was not the Primary care nurse at the time of Teresa's arrival. Therefore neither one of them had any First Hand Knowledge. In Re winship. Means Proof beyond any reasonable doubt.

That means (NO) Doubt. And Teresa young the only one who could not Figure out what actually happend, had Tons of Doubt, so how in the name of GOD could a simple Jury Know anything? they cant, But BJ shepherd The DA. Told the Jury that they can doubt And still convict, The Judge did not correct this, This is abuse of discretion, and Inneffective Assistance of counsel Now Panky Golforth has information that will Prove that I Am innocent, But you mr Alan Bennett have refused to get these records, I understand that the court of Appeals will only review the court record, But it is still your Job to investigate, To request, and to disclose any and All Documents, All of them no matter who has it. Look up these Penal codes. Art 32.07. Art 39.06, Art 43.27. And it is the DAs Duty to get all of the Documents that Pertain to this case no matter who has them, exculpatory or not, so this concealment of all of this Evidence was only to convict. I Allso have Proof that the DA And cops cohurst Teresa young with threats, so I want All of the Phone calls, All of the vissitation, sign in sheet, Proof is in it I did not call Teresa, I did Not get Any vissits from Teresa, These lies were used to lead the Jury! And were all Prooved to be Lies.

The DA Accussed my son of threatening the witness. You Allso know that that was illegal, Abuse of Discretion innectective Assistance of counsel. And More Prosecutoral misconduct being allowed to cohurce a Jury!

mr Bennett, you keep saying that you dont Know were to Find these things that are against the constitution, so I Am showing you Like I have allready done,

And I Am Requesting these things because it is my Legal right, Now I Am requesting you to contact Patsy and Gene Price At (254) 386-3684 And let me Know that my Parents are ok. Pleas.

You are to contact Teresa young And Prove to me that you have done your obligated duty under oath to the united state constitution 6th Amend.

I want my 29 Page Researched Proof that I have done on this illegally ollterd C.R. 07808, with 210 or more Law violation it is in the Proof, And the Proof is in the Records, And I want a copie of the Hospikl Records, I want the Proof that All of the Evidence that was to be used in court was Admitted into court by Affidavit 14days in Advance Evidence of All Predicate, And there is Prood that the Prejudicial Abuse out weaghs any Probative value!

I wANt you to give me A copie of the Hospital records, and the Date that they were Put in AS is evidence!

I want A copie of "All" of my witnesses that I Did request. or this will Prove that you did not Even recieve the Full File From the court Appointed Attorney Kirkland Fulk. A copie of the statement From Robert Price, Erica Price, Sterling Nix, chris strouth There is more, Because I Am not Guilty & And your Are being Paid to work my case, Not Grabb the Money and runs! EP 6-6-14

You Did send them the Proof that
the case used for enhancement was Not
Affirmed And is in violation of PC
12.42 And I should not even get 5
years But I would take 2 years times
served so I could get home to my dieing
Parents, Let me Know!

cct And since these Lies were used to screw over an innocent
man, I will show you the Proof of even more Lies.
Get court No# CR 6859 1995-1997 I Never had a Jury PD
nothing And there is no thumb Print, And No# CR 07567
This is Late because the Law Library will not give me my
Legal supplys or return my Pens, I sent them in but Did
Not get them back.
Now patients chart 2 of 3 states w/o Any swelling (without)
or Bruising on the Neck, Perfect condition Perfect Breathing
I Did Not get to Testify, even though I did want to, and
I Did request several witnesses that were denied
Attorney Kirkland Fulk stated this in open court.
And this Fact mean that the DA could not comment
on Anyone contesting their statement story Testimonial
And here is more Proof, I want it All Back
The medical Records show No Assault,
This Proof is to be Filed.
Forward A copie of this to Leoma Larance District clerk
Hamilton county Hamilton Texas No. CR 07808
And the victim did not Say Eric Price over and over
The DA Did And others did, the victim Never did
cc